**Progress Notes**

**PID:** 696157  **Intake:** 1612041
**Facility Code:** CFCF  **Housing Area:** ,B1POD4,07,1
**Patient:** JONES, KENYADA
**DOB:** 09/21/1970  **Age:** 45 Y  **Sex:** Male
**Phone:**
**Address:**

**Provider:** Behavioral Health Social Worker
**Date:** 07/02/2016

## Subjective:

1. IM seen for an emergency referral. IM reports " I have been here for over a week, and I know my meds were bridge ordered and I have not gotten any." LSW contacted medical and was informed that the IM's order had not been taken off and a MARS had not been created. However the nurse for unti B1-4 Ms. Knots states she will make sure that the IM receives his meds this day..

### HPI:

**Medical History:** HX HTN BP 126 / 78 - NORVASC 5 MG. /QD LAST TAKEN YESTERDAY, HX KIDNEY FAILURE - NOT TAKING MEDS / NOT ON DIALYSIS ( I/M NONCOMPLIANT ), I/M STATES HE HAS CANCER SPREAD ALL OVER HIM ( I/M HAS MULTIPLE BOILS IN B/L AXILLA ) AS PER I/M THESE ARE CANCEROUS NOT SEEKING ANY MEDICAL , HX SCHIZOPHRENIA, MANIC DEPRESSION , MOOD SWINGS - ZYPREXA 5 MG, DEPEKOTE 500 MG , COGENTIN, HALDOL . BENADRYL - LAST DOSE 2DAYS AGO, DENIES DRUGS / ALCOHOL USE.

**Family History:**

**Social History:**

**Medications:** None

**Allergies:** Lisinopril: shortness of breath: Allergy, HYDROmorphone HCl PF: shortness of breath: Allergy.

## Objective:

### Past Orders:

### Examination:
BH Suicide Risk Evaluation:
  Reason for Suicide Risk/Assessment
    Date of Assesment  *07/02/2016*
    Reason for Suicide Risk Assessment?  *Emergency Referral*
    Prior Suicide Risk Evaluation Reviewed  Yes
  Protective Factors
    Family Support  Yes
    Support from spouse/significant other  No
    Role in caring for children or dependents  No
    Positive, supportive peer relations  No
    Strong protective spiritual/religious beliefs  Yes
    Realistic future orientation and plans  Yes
    Positive goal orientation  Yes
    High school or greater level of education  *Unable/Unwilling to answer*
    Treatment compliance  N
    Positive coping skills (describe below)  No
  Historical (Static) Risk Factors
    Family/close friends history of suicide  No
    Prior suicidal/self injurious behavior  No
    Prior suicidal/self injurious ideation  No
    History of substance abuse  Yes
    Description, details and dates  *" I have done all of them."*
    History of physical or sexual abuse  No
    Prior conviction for L and L acts with a child  No
    History of severe impulsivity  No
    History of mental illness/psychiatric treatment  Yes
    Description, details and dates  *Schizoaffective*
    Cluster B Personality Traits  No



    Clinical (Current Dynamic) Risk Factors Behavioral
      Recent suicidal/self injurious behavior  *No*
      Recent/current impulsivity  *No*
      Suicide notes/giving belongings away  *No*
      Recent assaultive/violent behavior  *No*
    Clinical Risk Factors Ideation/Thought Content/Perception
      Premeditated, lethal plan/behavior  *No*
      Auditory command hallucinations  *No*
      Lack of future orientation or plans  *No*
      Recent suicidal/self injurious ideation  *No*
      Belief that death will bring relief  *No*
      Fixed determination to harm/kill self  *No*
      Rigid, all or nothing thinking  *No*
      Fatalistic delusions or fantasies  *No*
    Clinical (Current Dynamic) Risk Factors Negative Factors
      Treatment noncompliance  *No*
      Sudden calm following suicide attempt  *No*
    Clinical (Current Dynamic) Risk Factors Depressive/Mood
      Patient endorses hopelessness and/or helplessness  *No*
      Patient appears hopeless/helpless  *No*
      Affective instability or lability  *No*
      Intense turmoil, agitation, anxiety, anguish or despair  *No*
      Feelings of worthlessness  *No*
      Shame, threat to self esteem, or guilt  *No*
      Social withdrawal atypical for inmate  *No*
      Elevated anger, hostility or alienation  *No*
      Fearfulness regarding safety  *No*
    Situational (Current Dynamic) Risk Factors
      High profile/heinous/shocking crime  *No*
      First jail/prison sentence  *No*
      Recent incarceration  *Yes*
      Description, details and dates  *VOP*
      Recent loss, rejection or separation  *No*
      Anxiety or depression related to inability to make phone calls  *No*
      Support system refusing to pay bail  *No*
      Recent parole violation/new charge  *No*
      New disciplinary charge or sanctions  *No*
      Potential for long/life sentence  *No*
      Recent negative court hearing results  *No*
      Signs of withdrawal/detoxification  *No*
      Chronic, serious or terminal illness  *No*
      Single cell placement  *No*
      Administrative/disciplinary segregation  *No*
      Other recent bad news  *No*
      Trauma or sexual/physical abuse in facility  *No*
      Conflicts with peers/others  *No*
      Clinican's Impression  *IM emergency referral with a history of MH.*
    Inconsistencies
      Inconsistencies in risk factors as reported by IM referral source, IM, IMS, IBHE, PARS, verbal reports from staff and/or other screening tools  *No*
    Risk Assessment
      Review- Assessment for Current Risk (If MSW immediately refer to MD/NP if Moderate or High Risk)  *Low*
      Are you a psychiatrist or nurse practitioner?  *No*

## Assessment:

### Assessment:

I/M denies any SI/HI. IM is a 45 y/o AA male seen for an emergency referral. IM presented with a low affect, yet oriented x3, very cooperative and calm. IM reports not receiving his medication and is concerned about the " voices coming back." IM appeared lucid and was able to engage in a logical and coherent conversation regarding his MH treatment. IM denies current S/I, H/I, A/H, V/H. IM will receive his meds that have been

bridged according to nurse Knotts. No acute MH needs this day...

**Plan:**

**Immunizations:**

**Therapeutic Injections:**

**Labs:**
**Preventive:**

**Disposition:**
Disposition: No acute intervention needed


**Provider:** Behavioral Health Social Worker
**Patient:** JONES, KENYADA  **DOB:** 09/21/1970  **Date:** 07/02/2016


**Addendum:**
07/02/2016 04:53 PM Harris-White, Deborah > Ms. Knotts states that IM did not have a MAR in the book and requested that the Sw contact triage to have them make up a MAR. However LSW became busy with other MH emergencies and was not able to inform triage.



**Electronically signed by Deborah Harris-White LSW MHM on 07/02/2016 at 09:52 AM EDT**
**Sign off status: Completed**