IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHELLE MCDONALD-WITHERSPOON, individually and as administratrix of the estate of Kenyada Jones | : : : : | CIVIL ACTION |
| v. | : : | |
| CITY OF PHILADELPHIA, et al. | : | NO. 17-1914 |

## ORDER

**AND NOW**, this 1st day of June, 2020, following the May 29, 2020 telephone conference with counsel, during which the parties agreed to dismiss Warden Gerald May and Mariamma Samuel as Defendants to this action, **IT IS HEREBY ORDERED** that all claims against Warden Gerald May and Mariamma Samuel are **DISMISSED**, and both May and Samuel are **DISMISSED** as Defendants to this action.

BY THE COURT:

/s/ John R. Padova
John R. Padova, J.