March 3, 2020

Honorable Judge John Padova

I will be very honored if this letter reaches you. My name is Michelle McDonald Witherspoon. I am writing you concerning my Son, Kenyada Jones, and his case number is, 17-CV-1914. Your Honor I feel the need to tell you the circumstances surrounding Kenyada's death. My Son, Kenyada was diagnosed with what was called at that time a Chemical Imbalance he was 19 years of age. Every now and then through the years, if Kenyada lost weight or gained weight he would have to be hospitalized so his medicine could be regulated. Well your honor this time was no different except I could not get Kenyada to stay still long enough to get the Mobile Crisis Unit to come and take him to Fairmount hospital so I could 302 him and get his medicine regulated. He kept jumping in his car riding around the city. His car was smoking and he said people were following him everywhere he went. I was very afraid for his safety your Honor. I came up with the idea to call Arnber Brown his probation officer to ask her to call Kenyada to come to her office. I knew he would go because he did not want to be locked up. My plan was, once Kenyada got to her office I could go there and take him to the hospital. Amber Brown agreed to call Kenyada to come to her office. I was on the suburban train on my way to Amber Brown's office to pick up Kenyada, when she called me on my cell phone and said to me, "You are right M's McDonald, Kenyada is sick". I heard Kenyada in the background ask her "Are you going to lock me up". Amber Brown replied to him, "Kenyada, No I'm not going to lock you up, why would I lock you up, you haven't done anything". I told her I would be there in 20

minutes to get him and I thanked her. Your Honor by the time I got to her office, Amber Brown and her Supervisor were standing together in her office, and she told me she locked Kenyada up. She said he would only be there 10 days and this way she could have control and make sure he got his medicine regulated. Needless to say I was outraged. Two days later, Kenyada was found dead on the floor of his cell with an empty bottle of high blood pressure medicine beside him. Kenyada died of Amlodipine Toxicity, Hypertensive Cardiovascular, he had 6500 mg of Amlodipine in his system which caused him to have a heart attack. Your Honor, nothing can bring my Kenyada back to me. He is my first born Son and I Love and miss him everyday. It will be 4 years July the 2nd, 2020. I need closure Your Honor. I need for this part to be over. My Attorney, Stephen Cristal, said we are waiting for you to rule on summary judgment. Please Your Honor, give me closure.

                    Respectfully yours

                    *Michelle M Donald Witherspoon*
                    **Michelle McDonald-Witherspoon**